499 A.2d 580

**PITTSBURGH NORTH, INC., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Supreme Court of Pennsylvania.

Oct. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 94 W.D. Appeal Docket 1985.